UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:05-CR-00057 (2)
JUDGE EDMUND A. SARGUS, JR.

JAMES ATKINS,

    Defendant.

## ORDER

This matter came before the Court for a hearing on Defendant James Atkins request for early termination of his supervised release on April 18, 2013. (ECF No. 169.) As discussed at the hearing, Defendant's request is **GRANTED** in part. Defendant's Supervised Release shall terminate on **November 27, 2013**.

**IT IS SO ORDERED.**

_4-19-2013_
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**